**Susan KINDER, Petitioner/Respondent,**

v.

**Ronald KINDER, Respondent/Appellant.**

No. 65598.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 26, 1995.

**680**

James J. Knappenberger, Shaw, Howlett & Knappenberger, Clayton, for appellant.

Susan M. Hais, Hais & Carmody, P.C., Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Husband appeals from that portion of a dissolution decree awarding wife maintenance. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence, an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).